IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN E. GRISHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:14cv717 |
| | § | |
| BAXANO SURGICAL, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDADTION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case, has been presented for consideration. The Report and Recommendation (docket no. 17) recommends that the case be administratively closed pending the resolution of bankruptcy proceedings. No written objections have been filed. Accordingly, the findings and conclusions of the Magistrate Judge are adopted. It is therefore

**ORDERED** that the above-styled lawsuit is **ADMINISTRATIVELY CLOSED**. The case may be placed back on the active docket upon notice by the parties that the bankruptcy proceeding has been resolved.

All motions by either party not previously ruled on are hereby **DENIED** without prejudice and may be re-urged when the case is placed back on the active docket.

**SIGNED this 12th day of January, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE